# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

**Thursday, September 8, 2011**　　　　　　　　　　　　　　　　　　Hearing Room  301

---

<u>1:30 pm</u>

**6:10-18846**　　Marcos Vasquez Diaz and Alma Lawreen Diaz　　　　　　　**Chapter 13**

**#32.00**　　　Trustee's Motion to Dismiss Case  - Tax Returns/Refunds
　　　　　　　Mtn/ntc fld 7-7-11 - Rod Danielson **[ECF]**
　　　　　　　Oppos/ntc fld 7-18-11 - Doan Law **[ECF]**
　　　　　　　Brf fld 8-19-11 - Doan Law **[ECF]**
　　　　　　　Rply fld 9-1-11 - Rod Danielson **[ECF]**

　　　　　　　**From 7-28-11**

　　　　　　　　　　　　　Docket #:   30


**Matter Notes:**
　PRESENT:　　　　　_Daniels_ , for Rod Danielson, Trustee

　　　　　　　　　　　_Vigil_ , for Debtor

　　　　　　　　　　　　　　　, for

( ) Granted　　　( ) Denied　　　( ) Dismissed

( ) Stipulation by the parties with respect to relief sought to be filed with the court within 7 days

( ) Continuance - hearing on motion is continued to _____
　at _____ am / pm

( ) Off calendar

(✓) Other  _submitted_

( ) ORDER TO FOLLOW   ( ) TO BE LODGED
( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH　　( ) CHAMBERS' ORDER

( ) CLERK'S ORDER VAN 153   [CHAPTER <u>13'S</u> ONLY]